# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.9 (rev. 1.9)
### Eastern Division

Roger Matias

Plaintiff,

v.

Case No.: 1:25–cv–09156

Honorable Martha M. Pacold

Abbott Laboratories, Inc., et al.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 27, 2026:

      MINUTE entry before the Honorable Keri L. Holleb Hotaling:The Court is in receipt of Plaintiff's unopposed motion for extension of time to complete discovery [Dkt. 54]. For the good cause detailed therein, the firm fact discovery deadline in this case is hereby extended to 7/10/2026 and will not be extended again. The telephonic status set for 6/9/2026 is hereby stricken. The parties are to file an updated joint status report on 7/6/2026 on the completion of fact discovery, the status of settlement discussions, whether the parties request a settlement conference, whether either party intends to engage an expert and produce expert disclosures and/or reports, and proposed schedules for expert discovery, if any. The parties should keep in mind that Judge Holleb Hotaling's schedule typically is booked 2–3 months out from present with regards to settlement conferences, so the parties should notify Judge Holleb Hotaling's chambers as soon as possible once they realize they want a settlement conference; they do not need to wait for the next status report date. (rbf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.